CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

JUSTIN GARY SCHMIDT
justinschmidt@emiliolaw.com
EMILIO LAW GROUP, APC
12832 Valley View Street, Suite 106
Garden Grove, California
Telephone: (714)379-6239
Facsimile: (714)379-5444
Attorney for Defendants
Fairfax Medical Building LLC and Victoria
Olshansky, DDS, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY, | **Case No**. 2:16-CV-08969-R-FFM |
| Plaintiff, | |
| v. | STIPULATION TO EXTEND DATE FOR FILING DOCUMENTS TO REOPEN THE ACTION |
| FAIRFAX MEDICAL BUILDING LLC, a California Limited Liability Company; VICTORIA OLSHANSKY, DDS, INC., a California Corporation ;and Does 1-10, | |
| Defendants, | |

Plaintiff SHIRLEY LINDSAY ("Plaintiff") and Defendants FAIRFAX

MEDICAL BUILDING LLC, a California Limited Liability Company;

VICTORIA OLSHANSKY, DDS, INC., a California Corporation

1

1   ("Defendants") hereby stipulate to extend the deadline to file Documents to

2   Reopen the Action to August 8, 2017. The parties have finalized the terms of

3   the settlement agreement and have circulated the agreement for signatures,

4
    however, the additional time is required to collect the signatures and issue
5

6   payment.

7

8   Dated:  July 6, 2017                    CENTER FOR DISABILITY ACCESS

9
                                            By:  /s/ Phyl Grace_____
10
                                            Phyl Grace, Esq.
11                                          Attorney for Plaintiff

12

13  Dated:  July 6, 2017                    EMILIO LAW GROUP, APC

14

15                                          By:  /s/ Justin G. Schmidt_____
16                                          Justin G. Schmidt
                                            Attorney for Defendants
17                                          Fairfax Medical Building LLC

18

19

20

21

22

23

24

25

26

27

28

2

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Justin G. Schmidt, counsel for Fairfax Medical Building LLC and Victoria Olshansky, DDS, Inc., and that I have obtained Mr. Schmidt's authorization to affix his electronic signature to this document.

Dated:  July 6, 2017                      CENTER FOR DISABILITY ACCESS

By:  ___/s/ Phyl Grace_____
                         Phyl Grace
                         Attorney for Plaintiff

Stipulation                                        2:16-CV-08969-R-FFM